UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Celeste D. Wood and
Thomas M. Wood

    v.                             Civil No. 13-cv-90-JD

Alice Peck Day Hospital, et al.


O R D E R

The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

April 22, 2013

cc:   Kenneth M. Brown, Esquire
       Melissa M. Hanlon, Esquire
       Michael P. Lehman, Esquire
       Adam B. Pignatelli, Esquire
       Michael A. Pignatelli, Esquire