UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Celeste D. Wood and Thomas M. Wood

        Plaintiffs

v.                            Case No. 1:13-cv-90-LM

Alice Peck Day Hospital
Cottage Hospital
Medtronic, Inc.
Peter B. Sahlin, M.D.

        Defendants

---

### STIPULATION OF DISMISSAL

---

NOW COME plaintiffs Celeste D. Wood and Thomas M. Wood, and defendants, Cottage Hospital and Peter B. Sahlin M.D. and hereby stipulate and agree that the above-titled action, including all claims, counterclaims, and cross-claims pleaded therein, is hereby dismissed with prejudice, AS TO THESE DEFENDANTS ONLY, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

                                    Respectfully submitted,
                                      Celeste D. Wood and Thomas M. Wood
                                      By their attorney

Date:  February 10, 2014       /s/ Kenneth M. Brown
                                      Kenneth M. Brown, NH Bar #143
                                      47 Factory Street
                                      Nashua, NH  03060-3310
                                      (603)-882-1600
                                      ken@attykenbrown.com

Respectfully submitted,
Cottage Hospital
By its attorneys
Rath, Young and Pignatelli, P.C.

Date: February 10, 2014

/s/ Michael A. Pignatelli, Esquire
Michael A. Pignatelli, Esquire, NH Bar #2026
20 Trafalgar Square, Suite 307
Nashua, NH 03063
(603) 889-9952
map@rathlaw.com


Respectfully submitted,
Peter B. Sahlin, M.D.
By his attorneys
Verrill Dana, LLP

Date: February 10, 2014

/s/ Karen Frink Wolf
Karen Frink Wolf, Esquire, NH Bar #2776
One Portland Square, PO Box 586
Portland, ME 04112-0586
(207) 774-4000
kwolf@verrilldana.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2014 a copy of the foregoing Stipulation of Dismissal was electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification.

/s/ Kenneth M. Brown