UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Celeste D. Wood and Thomas M. Wood

        Plaintiffs

v.                                       Case No. 1:13-cv-90-LM

Alice Peck Day Hospital, et als

        Defendants

## STIPULATION OF DISMISSAL

NOW COME plaintiffs Celeste D. Wood and Thomas M. Wood, and defendant, Alice Peck Day Hospital and hereby stipulate and agree that the above-titled action, including all claims, counterclaims, and cross-claims which may have been pleaded therein, is hereby dismissed with prejudice, AS TO THIS DEFENDANT ONLY, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

                                              Respectfully submitted,
                                              Celeste D. Wood and Thomas M. Wood
                                              By their attorney

Date: July 21, 2014           /s/ Kenneth M. Brown
                                      Kenneth M. Brown, NH Bar #143
                                      47 Factory Street
                                      Nashua, NH 03060-3310
                                      (603)-882-1600
                                      ken@attykenbrown.com

                                        Respectfully submitted,
                                        Alice Peck Day Hospital
                                        By its attorneys
                                        Sulloway & Hollis, P.L.L.C.

Date: July 21, 2014          /s/ Melissa M. Hanlon, Esquire
                                        Melissa M. Hanlon, Esquire, NH Bar #15355
                                        Michael P. Lehman, NH Bar #1461
                                        9 Capitol Street, Box 1256
                                        Concord, NH 03302-1256
                                        (603) 224-2341
                                        mhanlon@sulloway.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2014 a copy of the foregoing Stipulation of Dismissal was electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification.

                                        /s/ Kenneth M. Brown