**Kenneth M. Brown, Esq.**
47 Factory Street
Nashua, NH  03060-3310

```
U.S. DISTRICT COURT
  DISTRICT OF N.H.
      FILED

 2015 JUN 15  A 11: 52
```

June 11, 2015

Judy Barrett, Case Manager
United State District Court
55 Pleasant Street, Suite 110
Concord, NH  03301-3941

Re:   Wood, et al v. Phillips et al
      Case No 1:13-cv-00090-LM

Dear Ms. Barrett:

Please be advised that the above matter has settled and may be removed from the trial list for the two weeks beginning July 21, 2015.

The parties will file a stipulation for dismissal with prejudice within 60 days once all settlement documents are completed.

Very truly yours,

*Kenneth M Brown*
Kenneth M. Brown

KMB/ss
cc:   Kevin M. Fitzgerald, Esquire
      Morgan C. Nighan, Esquire