UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Celeste D. Wood and Thomas M. Wood

        Plaintiffs

    v.                                       Case No. 1:13-cv-90-LM

Joseph Phillips, et als

        Defendants

---

**STIPULATION OF DISMISSAL**

---

      NOW COME plaintiffs Celeste D. Wood and Thomas M. Wood, and defendant, Medtronic Xomed, Inc. and hereby stipulate and agree that the above-titled action, including all claims, counterclaims, and cross-claims which may have been pleaded therein, is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The case is now concluded and may be closed.

                                            Respectfully submitted,
                                            Celeste D. Wood and Thomas M. Wood
                                            By their attorney

Date:  July 20, 2015            /s/ Kenneth M. Brown
                                            Kenneth M. Brown, NH Bar #143
                                            47 Factory Street
                                            Nashua, NH  03060-3310
                                            (603)-882-1600
                                            ken@attykenbrown.com

           Respectfully submitted,
           Medtronic Xomed, Inc.
           By its attorneys
           Nixon Peabody LLP

Date: July 20, 2015      /s/ Kevin M. Fitzgerald, Esq.
           Kevin M. Fitzgerald, Esq. (Bar #806)
           kfitzgerald@nixonpeabody.com
           Morgan C. Nighan, Esq. (Bar #21196)
           mnighan@nixonpeabody.com
           900 Elm Street, 14th Floor
           Manchester, NH 03101
           (603) 628-4000

## CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of July, 2015 a copy of the foregoing Stipulation of Dismissal was electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification.

           /s/ Kenneth M. Brown